*E-Filed 6/7/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAREK MOLSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARDUS, LLC,<br><br>　　　　　Defendant.<br>_____/ | Case No. C04-02165 HRL<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE: SETTLEMENT** |

On June 7, 2005, plaintiff's counsel, Thomas Frankovich, appeared in compliance with this court's order to show cause re: Settlement. Defendant did not appear. Mr. Frankovich represented that there was a dispute between him and the plaintiff which was delaying plaintiff's execution of the settlement papers. He hoped the dispute would be resolved shortly and that the settlement would be consummated. Accordingly, the court agreed to continue the order to show cause for a reasonable period of time.

Therefore, **on or before June 28, 2005**, the parties shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **July 5, 2005 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a joint statement in response to this Order to Show Cause **no later than July 1, 2005**. The statement shall state (1) the status of the activities of the parties in finalizing

settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this order.

**IT IS SO ORDERED.**

Dated: 6/7/05                                                            /s/ Howard R. Lloyd
                                                                 HOWARD R. LLOYD
                                                                 UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2  Gary R. Basham , Esq    bashamg@jacksonlewis.com,

3  Michael Drury    KeithK@GTLaw.com,

4  Thomas E. Frankovich    tfrankovich@disabilitieslaw.com

5  Alden J. Parker    parkera@jacksonlewis.com,

6  Jennifer L. Steneberg    jsteneberg@disabilitieslaw.com

7  * Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 6/7/05

/s/ RNR
Chambers of Magistrate Judge Howard R. Lloyd