|   |   |   |
|---|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) | *E-filed 7/1/05* |
| 2 | JENNIFER L. STENEBERG (State Bar No. 202985) THOMAS E. FRANKOVICH, | |

THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs JAREK MOLSKI
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION  SERVICES

GARY R. BASHAM (State Bar No. 130119)
ALDEN J. PARKER (State Bar No. 196808)
JACKSON LEWIS LLP
1215 "K" Street, Suite 1800
Sacramento, CA 95814
Telephone:   916/341-0404
Facsimile:    916/341-0141

Attorneys for Defendants BERNARDUS, LLC.,
BAYLAUREL, LLC., and BAYLAUREL
CORPORATION

*E-filed 7/1/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>BERNARDUS, LLC., a California limited liability company; BAYLAUREL, LLC., a California limited liability company; and BAYLAUREL CORPORATION, a California corporation, dba BERNARDUS,<br><br>            Defendants. | **CASE NO. C04-02165 HRL**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its

1  own costs and attorneys' fees.  The parties further consent to and request that the Court retain
2  jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511
3  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
4  settlement agreements).
5      Therefore, IT IS HEREBY STIPULATED by and between parties to this action
6  through their designated counsel that the above-captioned action be and hereby is dismissed
7  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
8      This stipulation may be executed in counterparts, all of which together shall constitute
9  one original document.

10 Dated: July 1, 2005            THOMAS E. FRANKOVICH
                                  *A PROFESSIONAL LAW CORPORATION*

                                  By:   /s/
                                  Jennifer L. Steneberg
                                  Attorneys for Plaintiffs JAREK MOLSKI and
                                  DISABILITY RIGHTS ENFORCEMENT,
                                  EDUCATION SERVICES

   Dated: June 22, 2005           JACKSON LEWIS LLP

                                  By:   /s/
                                  Alden J. Parker
                                  Attorneys for Defendants BERNARDUS, LLC.,
                                  BAYLAUREL, LLC., and BAYLAUREL
                                  CORPORATION

### ORDER

   IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to
Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
the purpose of enforcing the parties' Settlement Agreement and General Release should such
enforcement be necessary, until January 31, 2006.

Dated:   July 1    , 2005

                                  /s/ Howard R. Lloyd
                                  Hon. Howard R. Lloyd
                                  ~~UNITED STATE DISTRICT JUDGE~~
                                  United States Magistrate Judge